AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moore, Karen N. | U.S. Court of Appeals-6th Cir. | 05/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Carl B. Stokes U.S. Courthouse
801 W. Superior Ave., Ste 21A
Cleveland, Ohio 44113-1831

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #2 |
| 2. | Member, Visiting Committee | Harvard Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moore, Karen N.** | 05/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moore, Karen N.** | 05/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moore, Karen N.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Key Bank Account | A | Interest | M | T | | | | | |
| 2. Key Bank Gold Money Market Savings | A | Interest | L | T | | | | | |
| 3. Key Bank CD | B | Interest | | | Redeemed | 06/11/20 | L | A | |
| 4. IRA T. Rowe Price New Horizons Fund | F | Dividend | O | T | Sold (part) | 01/20/20 | K | | |
| 5. TIAA (Pension Fund) | E | Interest | O | T | Sold (part) | 01/23/20 | J | | |
| 6. CREF (Pension Fund) | | None | P1 | T | Sold (part) | 01/23/20 | K | | |
| 7. Vanguard Wellesley Income Fund (Retirement Fund) | A | Dividend | M | T | Sold (part) | 01/09/20 | J | | |
| 8. Vanguard Windsor Fund (Retirement Fund) | D | Dividend | M | T | Sold (part) | 01/09/20 | J | | |
| 9. Vanguard Wellington Fund (Retirement Fund) | D | Dividend | M | T | Sold (part) | 01/09/20 | J | | |
| 10. Dodge & Cox Stock Fund (Rollover IRA) | D | Dividend | M | T | | | | | |
| 11. Fidelity Capital Appreciation (Rollover IRA) | D | Dividend | L | T | | | | | |
| 12. T. Rowe Price Growth Stock | C | Dividend | L | T | | | | | |
| 13. IRA American Funds--Capital World Growth & Income CL A | A | Dividend | L | T | Sold (part) | 02/18/20 | J | | |
| 14. IRA American Funds--Investment Co of Am CL A | B | Dividend | K | T | Sold (part) | 02/18/20 | J | | |
| 15. Baird Core Plus Inst (Rollover IRA) | B | Dividend | K | T | | | | | |
| 16. American Funds--Capital Inc Bldr Fund CL A | A | Dividend | J | T | | | | | |
| 17. PNC Money Market | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moore, Karen N.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA Income Fund of Am Fd CL A | B | Dividend | K | T | | | | | |
| 19. Franklin Rising Div Fd | A | Dividend | K | T | Buy (add'l) | 11/09/20 | J | | |
| 20. Income Fund of Am Fd CL A | A | Dividend | K | T | | | | | |
| 21. Franklin Mut Glbl DScv Fd CL A | A | Dividend | J | T | Sold (part) | 11/09/20 | J | | |
| 22. Franklin Fltg Rate Dly Access | A | Dividend | | | Sold | 11/09/20 | J | A | |
| 23. Franklin Fed Tax Free Income CL A | A | Dividend | J | T | | | | | |
| 24. Franklin High Yield Tax Free | A | Dividend | J | T | | | | | |
| 25. Franklin Fed Intr-TM Tx FR Incm | A | Dividend | J | T | | | | | |
| 26. IRA American Fnd New Perspective Fd CL A | A | Dividend | J | T | | | | | |
| 27. Franklin Dynatech Fund Cl A | A | Dividend | J | T | | | | | |
| 28. Franklin Equity Income Fund A | A | Dividend | J | T | | | | | |
| 29. Franklin Fed Intr--Tm Txfr Incm A | B | Dividend | L | T | Sold (part) | 02/13/20 | J | A | |
| 30. Franklin Fed Ltd Term Tax Free | A | Dividend | L | T | | | | | |
| 31. Franklin Fed Tax-Free Income A | B | Dividend | L | T | Sold (part) | 02/13/20 | J | A | |
| 32. Franklin Growth Series Class A | A | Dividend | J | T | | | | | |
| 33. Franklin High Yield Tax Free A | B | Dividend | K | T | Sold (part) | 02/13/20 | J | A | |
| 34. | | | | | Sold (part) | 06/15/20 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Franklin Mut Glbl Dscv Fd Cl A | A | Dividend | J | T | | | | | |
| 36. Franklin Rising Dividends Fd A | A | Dividend | K | T | | | | | |
| 37. Templeton Global Smaller Cos A | A | Dividend | J | T | | | | | |
| 38. Fidelity Asset Manager 40% | B | Dividend | L | T | | | | | |
| 39. Fidelity Freedom Index 2025 Investor (Rollover IRA) | C | Dividend | M | T | | | | | |
| 40. Fidelity 500 Index Premium Class | A | Dividend | K | T | | | | | |
| 41. Fidelity Tax Free Bond | B | Dividend | L | T | | | | | |
| 42. Fidelity Ohio Muni Income | C | Dividend | L | T | | | | | |
| 43. Fidelity Govt Money Mkt | A | Dividend | L | T | Buy (add'l) | 06/23/20 | K | | |
| 44. Fidelity Asset Manager 60% | A | Dividend | K | T | | | | | |
| 45. Fidelity Zero Int' Index | A | Dividend | K | T | Buy (add'l) | 06/23/20 | K | | |
| 46. Fidelity Zero Total Market Index | A | Dividend | K | T | | | | | |
| 47. American TaxAdv G&I Port A now Am. Tax-Aware Cons G&IA | A | Dividend | K | T | Buy (add'l) | 06/30/20 | K | | |
| 48. Federated Prime Cash Oblig | A | Interest | | | Sold | 02/14/20 | K | A | |
| 49. American Expresss National Bank | A | Interest | | | Closed | 03/27/20 | K | A | |
| 50. Morgan Stanley Bank Na (X) | A | Interest | J | T | Buy | 08/28/20 | K | | |
| 51. Am. Fundamental Inv A (X) | A | Dividend | J | T | Buy | 11/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moore, Karen N.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Am. Growth Fd of Am A (X) | A | Dividend | J | T | Buy | 11/09/20 | J | | |
| 53. Am. New Persp. A (X) | A | Dividend | J | T | Buy | 11/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moore, Karen N.** | 05/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII  -  Items 27-37 are from Trust #2.

Part VII  -  Item 4.  Twelve monthly equal partial sales totalling K.

Part VII  -  Items 7, 8, 9.  Twelve monthly equal partial sales totalling K.

Part VII  -  Items 5, 6.  Four equal partial sales on 1/23, 2/23, 3/23, 4/23 totalling K.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** s/ **Karen N. Moore**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544